UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:
PAUL A LIMING                                                                CASE NUMBER: 13-13116
DEBRA K LIMING                                                              CHAPTER 13
Debtors

## ORDER

At Fort Wayne, Indiana on   July 31, 2018

On June 25, 2018, Trustee, Debra L. Miller, filed a Motion for Court Determination of Final Cure Payment in regards to the 1st mortgage held by VM TRUST SERIES 1 C/O RESURGENT CAPITALSERVICES as transferred to SHELLPOINT MORTGAGE SERVICING, Court Claim 29. It is now:

**ORDERED** that the Debtors have paid in full the amount required to cure the pre-petition default;

**FURTHER ORDERED** that Debtors' mortgage is contractually current as of the date of the Notice date May 17, 2018 and the next payment is due August 2018 as the Trustee has made the June 2018 and July 2018 payment;

**FURTHER ORDERED** that there are no outstanding fees, costs or advances outstanding as of the date of the Notice dated May 17, 2018;

**FURTHER ORDERED** that Debtors' escrow account is current as of the date of the Notice dated May 17, 2018 with an escrow account balance of $250.07 as of June 7, 2018 and a suspense/unapplied account balance of $182.39 as of June 7, 2018; and

**FURTHER ORDERED** that the unpaid principal balance of the mortgage loan is $35,290.27 as of June 7, 2018.

/s/ Robert E. Grant
Robert E. Grant, Chief Judge
United States Bankruptcy Court